UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 18-CV-20974-KING/LOUIS

HANNAH KARTAGENER,

    Plaintiff,

v.

CARNIVAL CORPORATION, a Panamanian
Corporation d/b/a CARNIVAL CRUISE LINES

    Defendant.
_____/

## ORDER ON PLAINTIFF'S APPLICATION FOR FEES

THIS CAUSE comes before the Court upon Plaintiff's Motion for Attorney's Fees and Incorporated Memorandum of Law (ECF No. 37). Though filed as a motion, Plaintiff's application for fees follows from this Court's Order on Plaintiff's Motion for Sanctions, which was referred to the undersigned United States Magistrate Judge by the Honorable James Lawrence King, United States District Court Judge (ECF No. 20), and which I granted in part (ECF No. 36). Relevant to the application, the Order granting the Motion in part set a date by which Plaintiff could file an application for fees incurred in the prosecution of the Motion for Sanctions, after meaningful conferral.

Plaintiff filed the instant application for fees on May 31, 2019, seeking a total of $17,987.00 in fees. The application noted that the Parties were unable to reach agreement on whether Plaintiff was entitled to fees, or the amount of fees to which she would be entitled (hours expended or hourly rates sought). On June 5, 2019, Defendant noticed its Non-Objection to Agreed Attorney's Fees Amount (ECF No. 38). In its Notice, Defendant represents that counsel for the Parties have

reached agreement that Plaintiff is entitled to attorney's fees in the amount of $14,000.

Accordingly, it is hereby ORDERED and ADJUDGED that Plaintiff's Motion for Attorney's Fees (ECF No. 37) is GRANTED, in part.

As per the Parties' agreement, Defendant Carnival Corporation shall pay to Plaintiff's counsel Fourteen Thousand dollars ($14,000.00) in satisfaction of the attorney's fees to which Plaintiff is entitled based upon this Court's Order the Motion for Sanctions. Payment shall be made no later than July 25, 2019.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of July, 2019.

_____
LAUREN FLEISCHER LOUIS
UNITED STATES MAGISTRATE JUDGE